THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHEYU HONG, | CASE NO. C17-0480-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on notice from Plaintiff's counsel that this case has settled. The parties are ORDERED to file a stipulation of dismissal or motion for voluntary dismissal within 30 days of the issuance of this order. The Clerk is DIRECTED to close this case for statistical purposes and STRIKE all case management dates.

DATED this 22nd day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk